___FILED  ___RECEIVED
___ENTERED  ___SERVED ON
COUNSEL/PARTIES OF RECORD

**AUG 11, 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVON ARAKELYAN,<br><br>Defendant. | Case No. 2:17-cr-00298-RFB-PAL<br>         2:17-cr-00300-RFB-PAL<br><br>WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |

I understand that I have a right to appear in person in court at the *Hearing regarding Initial Appearance re: 12D Request for Hearing and 12C Petition* in this case scheduled for *August 11, 2020 at 12:30 PM*. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.  Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

 /s/ Levon Arakelyan            8/11/20
Defendant's Signature            (date)

 /s/ Shari L. Kaufman          8/11/20
Signature of Defendant's Attorney   (date)

 Shari L. Kaufman, AFPD
Printed Name of Defendant's Attorney

_____  8/11/2020
Judge's Signature               (date)

RICHARD F. BOULWARE, II  U.S. District Judge
Judge's Printed Name and Title