AO 245D (Rev. 09/20)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Nevada

| UNITED STATES OF AMERICA | ) | ***AMENDED*** **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| LEVON ARAKELYAN | ) | Case No. 2:17-cr-00298-RFB-PAL |
|  | ) | USM No. *41358-048 |
|  | ) | SHARI KAUFMAN, AFPD |
|  |  | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) nos. 1a, 2a, 4a, 4b of [20] 12C of the term of supervision.

☐ was found in violation of condition(s) count(s) Petition after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a -[20] 12C Petition | Failure to Comply with Shall Not Commit Crime | 05/22/2019; 10/14/2019 -Admit |
| 2a -[20] 12C Petition | Failure to Report Law Enforcement Contact | 12/17/2019 - Admit |
| 4a -[20] 12C Petition | Failure to Submit Monthly Report | 3/2020; 4/2020; 5/2020; 6/2020 -Admit |
| 4b -[20] 12C Petition | Failure to Submit Monthly Report | 12/17/2019 - Admit |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) 1b, 2b; 3 -[20] 12C Petition; 1c - [34] Addendum is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3364

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Las Vegas, Nevada

01/29/2021
Date of Original Imposition of Judgment

/s/ Richard F. Boulware, II
Signature of Judge

RICHARD F. BOULWARE, II
Name and Title of Judge

03/03/2021
Date

***To Correct USM No. Only***

AO 245D (Rev. 09/20)    Judgment in a Criminal Case for Revocations
                      Sheet 2— Imprisonment

Judgment — Page 2 of 2

DEFENDANT: LEVON ARAKELYAN
CASE NUMBER: 2:17-cr-00298-RFB-PAL

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
Forty-five (45) days incarceration, to begin this day, with no supervision to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:
    that Defendant's term of incarceration be served in a State facility - CCDC, Las Vegas, NV.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____.
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

                                                UNITED STATES MARSHAL

                               By _____
                                                DEPUTY UNITED STATES MARSHAL